NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RALPH DEPONTE, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7080

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4136, Judge Mary J. Schoelen.

---

## ON MOTION

---

## O R D E R

Ralph DePonte, Sr. moves for a 30-day extension of time to file his corrected opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. DePonte's corrected opening brief is due within 30 days of the date of filing of this order.

FOR THE COURT

MAY 0 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Ralph DePonte, Sr.
Gregg Paris Yates, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 2 2012

JAN HORBALY
CLERK